FILED '22 11 03 PM03:09 MDGA-ALB

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| VS. | : 7:22-CR-43 (HL) |
| JIMMY LAIRSEY, | : |
| Defendant. | : |

## ORDER

Defendant appeared before the undersigned on October 13, 2022 for a detention hearing. By Order dated October 13, 2022, Defendant was released prior to trial subject to certain conditions. (Doc. 18). Pursuant to 18 U.S.C. § 3142 (c)(3), which provides that the "judicial officer may at any time amend the order to impose additional or different conditions of release", the following condition of release is added to the conditions set by the October 13, 2022 Order, and Defendant must:

**(r) pay all or part of the cost of location monitoring based upon his ability to pay as determined by the pretrial services or supervising officer.**

**SO ORDERED AND DIRECTED**, this 3rd day of November, 2022.

THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE